# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2333

_____

Kimberly A. Eiting,

           Appellant,

v.

Kenneth S. Apfel, Commissioner,
of Social Security,

           Appellee.

Appeal from the United
States District Court for
the Eastern District of Missouri

[UNPUBLISHED]

_____

Submitted: December 15, 1999

Filed: February 22, 2000

_____

Before BEAM, Circuit Judge, HEANEY, Senior Circuit Judge, and KYLE, District Judge.[1]

PER CURIAM.

    Kimberly A. Eiting appeals the district court's grant of summary judgment

---

[1] The HONORABLE RICHARD H. KYLE, United States District Judge for the District of Minnesota, sitting by designation.

affirming the Commissioner's decision to deny Eiting disability insurance benefits. Having reviewed the record and the parties' briefs, we conclude that no error of law or fact appears and that an extended opinion would serve no useful purpose in this fact-intensive case. We find that substantial evidence on the record as a whole supports the decision of the Commissioner that Eiting is not disabled for social security purposes. We thus affirm the district court without further discussion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.